# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

June 7, 2011

No. 10-30495

Lyle W. Cayce
Clerk

NEW ORLEANS IRON WORKS, INCORPORATED; MICHAEL STEPHEN HOWELL,

> Plaintiffs - Appellants

v.

ORLEANS LEVEE DISTRICT; MARINE RECOVERY AND SALVAGE, LIMITED LIABILITY CORPORATION; JAMES P. HUEY; GEORGE L. CARMOUCHE; DOUGLAS SCOTT CARMOUCHE; MICHAEL GEORGE MAYER; JOSEPH E. FARRELL, JR.; FRANCIS O. LECKEY; RESOLVE MARINE GROUP; MARINE SOLUTIONS, LIMITED LIABILITY CORPORATION; EDWIN E. REARDON, JR.; PEARL RIVER NAVIGATION, INCORPORATED,

> Defendants - Appellees

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:09-CV-157

Before KING, WIENER, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

We affirm the judgment of the district court essentially for the reasons given in the district court's Order and Reasons, *New Orleans Iron Works, et al.*

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 10-30495

*v. Board of Commissioners of the Orleans Levee District, et al.*, No. 09-157, 2010 WL 1855867 (E.D. La. May 6, 2010).

AFFIRMED.